# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROGER YOUNG, | ) |
| *Plaintiff,* | ) ) ) Case No. 1: 13-cv-04920 |
| v. | ) ) Hon. Robert W. Gettleman |
| ANNE STONE, INC., | ) ) Mag. J. Michael T. Mason |
| *Defendant.* | ) ) |

## DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

As set forth in the Minute Entry dated February 6, 2014 (ECF 21), defendant Anne Stone, Inc. ("Anne Stone") respectfully moves the Court for judgment on the pleadings and to dismiss the complaint filed plaintiff Roger Young with prejudice under Federal Rule of Civil Procedure 12(c). The grounds for this Motion are set forth in Anne Stone's Memorandum in Support of Defendant's Motion for Judgment on the Pleadings, being filed contemporaneously with the Motion.

Dated: February 28, 2014    Respectfully submitted,

*/s/ Charles A. Laff*
Charles A. Laff
 calaff@michaelbest.com
Gilberto E. Espinoza
 geespinoza@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois 60601-6710
Telephone: 312.222.0800
Facsimile: 312.222.0818

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROGER YOUNG, | ) |
|         *Plaintiff,* | ) Case No. 1: 13-cv-04920 |
| v. | ) Hon. Robert W. Gettleman |
| ANNE STONE, INC., | ) Mag. J. Michael T. Mason |
|         *Defendant.* | ) |

**Certificate of Service**

I HEREBY CERTIFY that on this 28th day of February 2014, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and was served on the following counsel as indicated below.

| | |
|---|---|
| Alan Littmann<br>Doug Winnard<br>**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**<br>564 West Randolph Street, Suite 400<br>Chicago, Illinois 60661 | ☒ Via CM/ECF Service<br>☐ Via First Class Mail<br>☐ Via E-mail:<br>   alittmann@goldmanismail.com<br>   dwinnard@goldmanismail.com |

                                        */s/ Charles A. Laff*
                                        Charles A. Laff